AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Troy Graham<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:17 mj 25-JCG<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 13 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 12, 2017__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See affidavit attched hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Istre, Special Agent/ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/13/2017

_____
Judge's signature

City and state: Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
Printed name and title

Affidavit for Criminal Complaint

I, Kevin Istre, being duly sworn, state the following:

I am a Special Agent employed since May 2014, by the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in the Gulfport, Mississippi Field Office. Beginning in November 2004, I was a Police Officer with the City of Baton Rouge, Louisiana, where I served as a Task Force Agent with the Drug Enforcement Administration from July, 2009 until May of 2014. During my career I have investigated violations of Federal and State laws to include firearms and illegal substances. Based upon personal knowledge and information I have received from other law enforcement investigators; I am aware of the following facts:

1. On April 12, 2017, in D'Iberville, MS, Agents of The Bureau of Alcohol, Tobacco, Firearms and Explosives arrested TROY GRAHAM on a fugitive warrant out of Louisiana.

2. At the time of his arrest, GRAHAM was in possession of a loaded Smith and Wesson model SD9, 9mm handgun bearing serial number FYS6200.

3. The Affiant through his training and experience knows Smith and Wesson does not manufacture handguns in the State of Mississippi therefore this firearm traveled in or affecting interstate commerce to be in Mississippi.

4. TROY GRAHAM was convicted of felony Armed Robbery in the State of Louisiana in 2002 and sentenced to ten years in the custody of the Department of Corrections.

5. Based upon the foregoing information and my training and experience I believe information has been presented which supports the issuance of an arrest warrant for TROY GRAHAM for violation of Title 18, United States Code Section 922 (g)(1), felon in possession

of a firearm.

_____
Kevin Istre
Special Agent, US Department of Justice
Alcohol, Tobacco, Firearms & Explosives


Sworn and subscribed by me this 13 day of April, 2017.

_____
United States Magistrate Judge