IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 08 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | **FIRST SUPERSEDING INDICTMENT** |
| v. | CRIMINAL NO. 1:17-cr-00042-HSO-JCG-1 |
| TROY GRAHAM | 18 U.S.C. § 912 |
| | 18 U.S.C. § 1951 |
| | 18 U.S.C. § 924(c)(1)(A) |
| | 18 U.S.C. § 922(g)(1) |

**The Grand Jury charges:**

1. At all times material to this Indictment the victims whose property was to be obtained were engaged in the sale and distribution of marijuana, in interstate commerce and an industry which affects interstate commerce.

COUNT 1

On or about January 16, 2017, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character with intent to defraud did falsely demand and obtain a thing of value, in that he obtained on behalf of the United States approximately one pound of marijuana, valued at $2,800 to $3,000.

In violation of Sections 912 and 2, Title 18, United States Code.

COUNT 2

On or about January 16, 2017, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, aided and abetted by others known and unknown to the Grand Jury, did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title

18, United States Code, Section 1951, that is, Defendant while impersonating a Special Agent of the Federal Bureau of Investigation obtained the property of S.Z., that is marijuana, with the consent of S.Z. induced by the wrongful use of force, violence, and fear.

In violation of Sections 1951 and 2, Title 18, United States Code.

## COUNT 3

On or about January 18, 2017, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, aided and abetted by others known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **TROY GRAHAM** did attempt to unlawfully take and obtain personal property consisting of cash and marijuana from the person of J.H., owner or possessor of property, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is, threatening him with a handgun.

In violation of Sections 1951 and 2, Title 18, United States Code.

## COUNT 4

On or about January 18, 2017, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, did knowingly brandish, carry and use a firearm, during and in relation to a crime of violence, and knowingly brandish and possess a firearm in furtherance of a crime of violence, for which he may be prosecuted in a court of the United States, that is, interference with commerce by threats and violence as prohibited by Section 1951(a), Title 18, United States Code.

In violation of Sections 924(c)(1)(A), Title 18, United States Code.

COUNT 5

On or about April 1, 2017, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, aided and abetted by others known and unknown to the Grand Jury, did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, Defendant while impersonating a Special Agent of the Federal Bureau of Investigations obtained the property of S.Z., that is U.S. currency in the sum of $6000, with the consent of S.Z. induced by the wrongful use of force, violence, and fear.

In violation of Sections 1951 and 2, Title 18, United States Code.

COUNT 6

On or about April 2, 2017, in Hancock County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, aided and abetted by others known and unknown to the Grand Jury, did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, Defendant while impersonating a Special Agent of the Federal Bureau of Investigations obtained the property of S.Z., that is U.S. currency, a Glock 9mm pistol, cameras, tools and other items, with the consent of S.Z., induced by the wrongful use of force, violence, and fear.

In violation of Sections 1951 and 2, Title 18, United States Code.

COUNT 7

On or about April 12, 2017, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, did unlawfully attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **TROY GRAHAM** did

3

attempt to unlawfully take and obtain personal property consisting of marijuana from the owner or possessor of the marijuana, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is, threatening him with a handgun.

In violation of Sections 1951, Title 18, United States Code.

## COUNT 8

On or about April 12, 2017, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, did knowingly carry and use a firearm, during and in relation to a crime of violence, and knowingly possess a firearm in furtherance of a crime of violence, for which he may be prosecuted in a court of the United States, that is, interference with commerce by threats and violence as prohibited by Title 18, United States Code, Section 1951(a).

In violation of Sections 924(c)(1)(A), Title 18, United States Code.

## COUNT 9

On or about April 12, 2017, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TROY GRAHAM**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously been shipped and transported in and affecting interstate commerce.

In violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

**One (1) Smith and Wesson, 9mm pistol, model SD9, serial number FYS6200 and any ammunition.**

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code; Section 981(a)(1)(C), Title 18, United States Code; and Section 2461, Title 28, United States Code.

A TRUE BILL:

HAROLD BRITTAIN
Acting United States Attorney

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _____8_____ day of ___August___, 2017.

UNITED STATES MAGISTRATE JUDGE